BETH MAXWELL STRATTON
CHAPTER 7 TRUSTEE
Post Office Box 3930
Pinedale, CA 93650
Telephone: (559) 441-4233
Facsimile: (559) 441-4234

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re:

EDWARD & SONYA AMARAL,

Debtors.

Case No. 09-13243-B-7

Chapter 7

DC No. BMS-2

**MOTION FOR APPROVAL OF SALE OF PERSONAL PROPERTY**

Date: April 28, 2010
Time: 10:00 a.m.
Dept. B, Hon. W. Richard Lee

Beth Maxwell Stratton, Chapter 7 Trustee ("Trustee"), represents:

1. Edward Amaral and Sonya Amaral, ("Debtors"), filed their Chapter 7 bankruptcy petition on April 14, 2009. Trustee is the duly appointed, qualified and acting Trustee in this case.

2. This court has jurisdiction over this motion by virtue of 28 U.S.C. section 1334 and 11 U.S.C. section 363. This is a core matter under 28 U.S.C. section 157(b)(2)(A) & (N).

3. The assets of the estate include a 1928 Ford, a 2005 Suzuki ATV, a 1988 Sanger boat and a boat trailer. Trustee has agreed to sell these vehicles to the Debtors as set forth below.

4. The Debtors have valued the 1928 Ford at $7,875.00. There is a lien in the sum of $2,000.00, and they have claimed an exemption the sum of $2,013.00. After

deducting the lien and the exemption, Trustee has agreed to sell the 1928 Ford to the Debtors for the sum of $3,800.00.

5. The 2005 Suzuki ATV is valued at $2,000.00. There are no liens and the Debtors did not claim an exemption. Trustee has agreed to sell the 2005 Suzuki ATV to the Debtors for the sum of $2,000.00.

6. The 1988 Sanger boat is valued at $1,000.00. There are no liens and the Debtors did not claim an exemption. Trustee has agreed to sell the 1988 Sanger boat to the Debtors for the sum of $1,000.00.

7. The boat trailer is valued at $500.00. There are no liens and the Debtors did not claim an exemption. Trustee has agreed to sell the boat trailer to the Debtors for the of sum of $500.00.

8. Trustee believes that the above is the best price that Trustee can obtain for each of the vehicles and Trustee believes that it is in the best interest of the estate to sell the 1928 Ford, the 2005 Suzuki ATV, the 1988 Sanger boat and the boat trailer to the Debtors according to the terms as set forth above. Trustee believes that no price can be obtained for the vehicles which would net a greater amount to the estate. Trustee has received the sales price from the debtors in full.

9. Trustee will not incur a tax liability as a result of the sale.

WHEREFORE, Trustee prays that she be authorized to sell each of the four above-described vehicles to the Debtors as set forth above, for a total of $7,300.00 to the estate.

Dated: March __, 2010

BETH MAXWELL STRATTON, Trustee